UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

**EXHIBIT A-1**

| | |
|---|---|
| Teresa Brandow,<br><br>Plaintiff,<br>vs.<br><br>Publix Super Markets, Inc., and John Doe<br><br>Defendants. | CASE NO.:<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF STATE COURT ACTION** |

Pursuant to 28 U.S.C. § 1446(d), Defendant Publix Super Markets, Inc., by and through its undersigned attorneys, gives notice to Plaintiff Teresa Brandow, that Defendant has filed in the United States District Court for the District of South Carolina, Beaufort Division, the Notice of Removal in accordance with 28 U.S.C. §§ 1332 and 1441. Defendant also gives notice that it has filed the Notice to State Court of Filing Notice of Removal in the Court of Common Pleas of Beaufort County, State of South Carolina. Defendant's filing of these Notices with the Clerks of the federal and state courts shall effect the removal of this action and the State Court may proceed no further unless and until this case is remanded.

This 3rd day of October 2025.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By: _s/Kierra N. Brown_
LEE C. WEATHERLY
Federal Bar No.: 9389
KIERRA N. BROWN
Federal Bar No.: 12717
***Attorneys for Defendants***

40 Calhoun Street, Suite 400
Charleston, South Carolina 29401-3531
lweatherly@csvl.law
kbrown@csvl.law
Ph: 843-727-0307