UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Teresa Brandow,<br><br>Plaintiff,<br><br>vs.<br><br>Publix Super Markets, Inc., and John Doe,<br><br>Defendants. | CASE NO.: 9:25-cv-12804-DCN<br><br>**CONSENT MOTION TO EXTEND DEADLINES CONTAINED IN AMENDED SCHEDULING ORDER** |

Pursuant to Local Rule 6.01, D.S.C., the parties jointly file this Consent Motion to Extend the Deadlines contained in the Court's Second Amended Scheduling Order dated July 2, 2026, as follows, and as set forth in the Proposed Third Amended Scheduling Order attached as Exhibit A:

1. Under the Amended Scheduling Order, the Plaintiff's expert disclosure deadline was October 15, 2026, Defendant's expert disclosure deadline is November 16, 2026, the discovery deadline is March 4, 2027, the dispositive motion deadline is April 8, 2027, the mediation deadline is April 30, 2027 and this matter is subject to being called for jury selection on May 3, 2027.

2. However, the parties agree that additional time will be needed to complete expert discovery in this matter prior to participating in mediation. Specifically, due to the schedules of counsel and their retained experts, the earliest date on which expert testing could be completed is October 20, 2026, five days after Plaintiff's expert disclosure deadline. The parties previously extended the deadlines contained in the Conference and Scheduling Order during their Rule 26(f) Conference and via consent motion on July 1, 2026.

3. The parties jointly and respectfully request the Court extend the following deadlines in the governing Scheduling Order as follows:

a. Plaintiff's expert disclosure deadline is **November 20, 2026**.

b. Defendant's expert disclosure deadline is **December 21, 2026.**

All other deadlines will remain the same.

This 15th day of September, 2026.

Respectfully submitted,

MORGAN & MORGAN

By: *s/Brandon J. Boyle*
Brandon J. Boyle
Federal Bar No.: 14296
4401 Belle Oaks Drive, 3d Floor
N. Charleston, SC 29405
brandon.boyle@forthepeople.com
Ph:843-973-5368
***Attorney for Plaintiff***

COPELAND, STAIR, VALZ & LOVELL, LLP

By: *s/Kierra N. Brown*
LEE C. WEATHERLY
Federal Bar No.: 9389
KIERRA N. BROWN
Federal Bar No.: 12717
40 Calhoun Street, Suite 400
Charleston, SC 29401
lweatherly@csvl.law
kbrown@csvvl.law
***Attorneys for Defendant***