UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Teresa Brandow,<br><br>Plaintiff,<br><br>vs.<br><br>Publix Super Markets, Inc., and John Doe,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 9:25-cv-12804-DCN<br><br><br><br>**SECOND AMENDED SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:[3]

   Plaintiff: **November 20, 2026**
   Defendant: **December 21, 2026**

2. Discovery: Discovery shall be completed no later than **March 4, 2026.** All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

3. Motions in Limine: Motions in limine must be filed **at least three weeks prior to jury selection**.

4. Dispositive Motions: All dispositive motions and all Daubert motions shall be filed on or before **April 8, 2027.**[4]

5. Mediation: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **April 30, 2027**.[5] Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

6. Trial: This case will go to trial during the term of court beginning **May 3, 2027.**

September __, 2026
_____________, South Carolina

s/
United States District Judge